MEMO ENDORSED

# Milbank

**ANDREW L. PORTER**
*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: +1 (212) 530-5361
aporter@milbank.com | milbank.com

> Defendants' current deadline to file their motion to dismiss and motion to compel arbitration is vacated. The parties are directed to file a proposed schedule on consent by June 29, 2026.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: June 22, 2026
> New York, New York

**VIA ECF**

June 18, 2026

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Room 619
New York, NY 10007

Re:     *Risch v. KalshiEX LLC*, No. 1:26-cv-04734 (ER) (S.D.N.Y.) (the "*Risch Action*")

Dear Judge Ramos:

We represent Defendants KalshiEX LLC, Kalshi Inc., Kalshi Klear LLC, Kalshi Klear Inc., and Kalshi Trading LLC (collectively, the "Kalshi Defendants"). We respectfully request that the Court vacate the deadline by which the Kalshi Defendants must file their motion to dismiss and motion to compel arbitration, which is currently June 19, 2026 (the "Deadline"). Plaintiffs do not object to this request. This is the Kalshi Defendants' first request for adjournment or extension to this Court.

On June 4, 2026, the *Risch* Action was transferred to this District from the Central District of California, and on June 9, 2026, the Court accepted the *Risch* Action as related to *Golan v. KalshiEX LLC et al.*, No. 1:26-cv-02394 (ER) (S.D.N.Y.) ("*Golan*"). The Deadline was set prior to *Risch*'s transfer. Subsequent to the transfer, the Kalshi Defendants have been meeting-and-conferring with the *Risch* and *Golan* plaintiffs regarding potential consolidation and scheduling. The Kalshi Defendants respectfully request that their deadlines to file their motion to dismiss and motion to compel arbitration be vacated to allow sufficient time for the parties to continue to confer, and to propose a schedule to the Court.

In all events, the Kalshi Defendants anticipate moving to compel arbitration by no later than July 15, 2026.

We thank Your Honor for your time and attention to this matter.

MILBANK LLP

NEW YORK | LOS ANGELES | WASHINGTON, D.C. | SÃO PAULO | FRANKFURT
LONDON | MUNICH | HONG KONG | SEOUL | SINGAPORE | TOKYO

The Honorable Edgardo Ramos
June 18, 2026
Page 2

Respectfully submitted,

Andrew Porter

cc: All Counsel of Record (via ECF)