**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ITAY GOLAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>KALSHIEX LLC, KALSHI INC., KALSHI KLEAR LLC, KALSHI KLEAR INC., and KALSHI TRADING LLC,<br><br>Defendants. | Case No. 1:26-cv-2394-ER |
| ADAM RISCH and YONATAN GLIKSMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>KALSHIEX LLC; KALSHI INC.; KALSHI KLEAR LLC; KALSHI KLEAR INC.; KALSHI TRADING LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:26-cv-04734-ER |

**NOTICE OF MOTION TO COMPEL ARBITRATION**

PLEASE TAKE NOTICE that Defendants KalshiEX LLC, Kalshi Inc., Kalshi Klear LLC, Kalshi Klear Inc., and Kalshi Trading LLC (collectively, "Defendants"), by their undersigned attorneys, will move before the Honorable Edgardo Ramos, United States District Judge, United States District Court, in Courtroom 619 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for

an Order pursuant to the Federal Arbitration Act, 9 U.S.C. § 4 compelling arbitration and staying this action.

The grounds for this motion are set forth in the Memorandum of Law in Support of Defendants' Motion to Compel Arbitration, dated July 15, 2026, and the accompanying Declaration of Xavier Sottile and the exhibits thereto.

Dated: July 15, 2026
New York, New York

Respectfully submitted,

/s/ Tawfiq S. Rangwala
Tawfiq S. Rangwala
Katherine Kelly Fell
Matthew J. Laroche
Andrew L. Porter
Sean M. Murphy
Ashley A. Satterlee
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
trangwala@milbank.com
kfell@milbank.com
mlaroche@milbank.com
aporter@milbank.com
smurphy@milbank.com
asatterlee@milbank.com

Joshua B. Sterling (pro hac vice)
MILBANK LLP
1101 New York Avenue NW
Washington D.C. 20005
Telephone: (202) 835-7500
Facsimile: (202) 263-7586
jsterling@milbank.com

*Counsel for Defendants KalshiEX LLC, Kalshi Inc., Kalshi Klear LLC, Kalshi Klear Inc., and Kalshi Trading LLC*