**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ITAY GOLAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>KALSHIEX LLC, KALSHI INC., KALSHI KLEAR LLC, KALSHI KLEAR INC., and KALSHI TRADING LLC,<br><br>Defendants. | Case No. 1:26-cv-2394-ER |
| ADAM RISCH and YONATAN GLIKSMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>KALSHIEX LLC, KALSHI INC., KALSHI KLEAR LLC, KALSHI KLEAR INC., KALSHI TRADING LLC, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:26-cv-04734-ER |

**DECLARATION OF XAVIER SOTTILE IN SUPPORT OF**
**DEFENDANTS' MOTION TO COMPEL ARBITRATION**

XAVIER SOTTILE, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am the Head of Markets at KalshiEX LLC ("KalshiEX"). In that role, I am responsible for the generation of new markets. I received an undergraduate degree in economics

from Yale University in 2020. Before joining KalshiEX, I worked at the U.S. House of Representatives, Bridgewater Associates, and the Yale Program on Financial Stability.

2. My duties include devising new contracts and shepherding those proposals from inception to completion. I also facilitate the process by which our markets undergo the regulatory review cycle under the purview of the Commodity Futures Trading Commission ("CFTC"). This involves everything from personally notifying the CFTC of contracts that KalshiEX has self-certified under Section 5c(c) of the Commodity Exchange Act (the "Act") and Section 40.2(a) of the CFTC regulations to maintaining records pursuant to their requirements, certifying that KalshiEX's contracts comply with the Act, and communicating with CFTC staff over the substance of contract filings. In addition to those duties, I also advise KalshiEX on matters relevant to user experience and user interface.

3. The facts set forth herein are within my personal knowledge, and if called as a witness, I could and would competently testify to them.

4. I make this declaration in support of the Motion to Compel Arbitration ("Motion") submitted by KalshiEX, Kalshi Inc., Kalshi Klear LLC, Kalshi Klear Inc., and Kalshi Trading LLC ("Kalshi").

5. KalshiEX is a CFTC-registered DCM that offers swap contracts on its federally regulated derivatives exchange.

6. KalshiEX's exchange is available on its website (https://kalshi.com) and through its mobile application offered on Android and iOS (Apple platforms) (the "KalshiEX Platform").

7. Users can trade swaps on the KalshiEX Platform known as event contracts, which are derivative contracts where the payoff is based on the occurrence, nonoccurrence, or the extent

of the occurrence of an event or contingency associated with a potential financial, economic, or commercial consequence.

8. Before executing any swaps on the KalshiEX Platform, participants are required to create an account and agree to KalshiEX's legal terms.

9. The registration and sign-in procedures for the KalshiEX Platform described below have been in force since at least January 2026, when Itay Golan, Adam Risch, and Yonatan Gliksman ("Plaintiffs") first created user accounts on the KalshiEX Platform.

10. Specifically, as part of the registration process, each user must first select whether they wish to sign up with Google, Apple, or an email account.

11. Immediately below these options is a notice stating the following: "By continuing, you acknowledge and agree to Kalshi's legal terms, **which we recommend reviewing**."

12. Below is a true and correct image of the KalshiEX registration page, showing the documents linked in the notice appearing under the sign-up options. As depicted below, the entire registration prompt is displayed clearly on one screen.




13. The text, "**which we recommend reviewing,**" in the notice appearing during the registration process, links users to a pop-up window containing the following Kalshi documents: (1) "Member Agreement," (2) "Rulebook," (3) "Kalshi Klear Rulebook," (4) "Privacy Policy," (5) "Trading Prohibitions," and (6) "Kalshi Klear Participant Agreement" (together, the "User Agreements").

14. A user can create an account via Kalshi's mobile app or on its website, but the account creation and login process, including the prompts to review the User Agreements, are the same in all relevant parts across either platform.

15. After selecting whether to sign up with Google, Apple, or email, the user is then redirected to a page prompting the user to enter their phone number, email, or Google account information.

16. If a user selects "Continue with Email," the user is taken to another screen with a field to enter their email immediately followed by a second prompt to review Kalshi's User Agreements, using the same text as the original signup screen: "By continuing, you acknowledge and agree to Kalshi's legal terms, **which we recommend reviewing**."

17. Below is a true and correct image of the Kalshi registration page after having selected "Continue with Email."



18. As shown below, the words "**which we recommend reviewing**" link the user to a pop-up window containing the User Agreements immediately below the corresponding "Continue" button.




19. If a user selects "Continue with Google," they are shown a prompt with a field to enter the email or phone number they will use to register, and a corresponding "Next" button. Between these prompts is the following notice: "Before using this app, you can review Kalshi's privacy policy and terms of service." The bolded words "**terms of service**" hyperlink to the "Kalshi Member Agreement."

20. Below is a true and correct image of the Kalshi registration page after having selected "Continue with Google":




21. Below is a true and correct image of the log-in screen for Kalshi's Platform. After a user registers for a KalshiEX account, the same prompt to review and agree to the User Agreements appears each time the user logs into the platform. As depicted below, the log-in interface prominently displays the same text that appears on the registration screen: "By continuing, you acknowledge and agree to Kalshi's legal terms, **which we recommend reviewing**." "Which we recommend reviewing" appears in dark grey font against a white background, with the text hyperlinked and accompanied by an arrow to draw the user's attention and permit access to the User Agreements with a single click.




22. Due to the flow of the KalshiEX Platform, Plaintiffs would have seen the text "[b]y continuing, you acknowledge and agree to Kalshi's legal terms, **which we recommend reviewing**" each time they logged in to their accounts. KalshiEX's records indicate that, including account creation, Plaintiff Golan logged into his account no fewer than 4 times, Plaintiff Risch logged into his account no fewer than 16 times, and Plaintiff Gliksman logged into his account no fewer than 3 times.

23. Participants cannot execute any trades on the KalshiEX Platform without signing into their accounts. It is not possible to execute any trades as a "guest" on the KalshiEX Platform.

24. The Rulebook is one of the User Agreements that users are prompted to review and agree to upon creating an account and each time the user logs into the platform. Attached hereto

as **Exhibit 1** is a true and correct copy of the Kalshi Rulebook, which can be accessed electronically at kalshi.com/regulatory/rulebook.

25. Rule 11.3(d) of the Rulebook states: "EACH PARTICIPANT OF KALSHI AGREES THAT ANY ACTION IT BRINGS AGAINST A KALSHI PARTY . . . WILL BE RESOLVED BY BINDING ARBITRATION, IN ACCORDANCE WITH THE RULES OF THIS CHAPTER."

26. The electronic version of the Rulebook contains a hyperlinked table of contents. The Table of Contents contains a line for Rule 11.3, titled "Limitations of Liability." When a user clicks on Rule 11.3, the user is directed to that section of the Rulebook containing the arbitration provision as well as other information relevant to when a user may bring an action and recover from Kalshi, such as the governing law and certain limitations on timing and damages. The Rulebook provides for the application of New York law, with Rule 11.3(c) stating, "EACH PARTICIPANT OF KALSHI AGREES THAT ANY ACTION IT BRINGS AGAINST A KALSHI PARTY WILL BE GOVERNED BY NEW YORK LAW."

27. Kalshi's Rulebook is updated from time to time, but the above-referenced terms have been included since at least January 2026, when Plaintiffs first created user accounts on the KalshiEX Platform.

28. Kalshi's Member Agreement is another one of the User Agreements, which users are notified of and agree to as part of the registration process and each time they log into the platform.

29. Attached hereto as **Exhibit 2** is a true and correct copy of the Kalshi Member Agreement, which can be accessed electronically at https://kalshi-public-docs.s3.amazonaws.com/regulatory/agreement/kalshi_member_agreement.pdf.

30. Section VII of the Member Agreement, titled "Member Acknowledgements," provides that "You will abide by and be subject to the language of the Kalshi Rulebook, as now existing and as hereafter duly amended from time to time including the obligation to submit to arbitration." Ex. 2 at VII.A.

31. The governing law section of the Member Agreement also provides that "[t]his Agreement will be governed by the laws of the State of New York. Any dispute between Kalshi and You arising from or in connection with this Agreement will be settled in accordance with the procedures set forth in the Kalshi Rulebook." *Id.* at XX (Governing Law).

32. Additionally, the Member Agreement calls attention to the fact that the user is agreeing to be bound by the terms of not only the Member Agreement, but all documents incorporated by reference, including the Rulebook. The Member Agreement states at the beginning of the document, in all-capitalized text:

> PLEASE CAREFULLY READ AND MAKE SURE YOU UNDERSTAND THIS ENTIRE MEMBER AGREEMENT . . . , INCLUDING ALL DOCUMENTS INCORPORATED BY REFERENCE, BEFORE YOUR CREATION AND USE OF A KALSHI ACCOUNT. CLICKING THE BUTTON TO CONTINUE PAST THIS AGREEMENT IS THE LEGAL EQUIVALENT OF MANUALLY SIGNING AND AGREEING TO BE BOUND BY THIS AGREEMENT.

Ex. 2 at 1.

33. Kalshi's Member Agreement is updated from time to time, but the above-referenced terms have been included since December 2024. Prior to December 2024, the beginning of the Member Agreement stated the following:

> PLEASE CAREFULLY READ AND MAKE SURE YOU UNDERSTAND THIS ENTIRE MEMBER AGREEMENT INCLUDING ALL DOCUMENTS INCORPORATED BY REFERENCE, BEFORE YOUR CREATION AND USE OF A KALSHI ACCOUNT. CLICKING THE "I ACCEPT" BUTTON IS THE LEGAL EQUIVALENT OF YOU MANUALLY SIGNING AND AGREEING TO BE BOUND TO THIS AGREEMENT.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 15, 2026
New York, New York

Xavier Sottile