Milbank
MATTHEW LAROCHE
*Partner*
55 Hudson Yards | New York, NY 10001-2163
T: +1 (212) 530-5514
mlaroche@milbank.com | milbank.com

November 11, 2026

**VIA ECF**

The Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Courtroom 619
New York, NY 10007

Re: *Golan v. KalshiEX LLC*, No. 26 Civ. 2394 (ER)
*Risch v. KalshiEX LLC*, No. 26 Civ. 4734 (ER)

Dear Judge Ramos:

We represent Defendants KalshiEX LLC, Kalshi Inc., Kalshi Klear LLC, Kalshi Klear Inc., and Kalshi Trading LLC (collectively, "Defendants" or "Kalshi") in the above-referenced related actions. Defendants, Plaintiffs Adam Risch and Yonatan Gliksman (the "Risch Plaintiffs"), and Plaintiff Itay Golan (together with the Risch Plaintiffs, "Plaintiffs") jointly submit this letter pursuant to Rules 1.E and 1.F of Your Honor's Individual Practices to respectfully request that the Court enter the attached stipulation staying both actions for ninety days while the parties pursue mediation, among other relief.

On July 15, 2026, Defendants filed a consolidated motion to compel arbitration in the *Risch* and *Golan* actions, which is now fully briefed (*Risch*, Dkt. 62; *Golan*, Dkt. 23) (the "Motion to Compel Arbitration"). Both the Motion to Compel Arbitration and Plaintiffs' request for oral argument on that motion (*Risch*, Dkt. 75) remain pending. No case management plan has been entered in either action.

The parties have met and conferred and believe that proceeding to mediation and staying these actions will conserve resources while allowing the parties to potentially resolve these matters without Court intervention. As set forth in the attached stipulation, the parties agree to use reasonable efforts to commence mediation within sixty days of an order granting the stipulation, subject to an agreed-upon mediator's availability, and Defendants will provide certain class information in advance of mediation. The parties have further agreed to stay both actions for ninety days and request that the Court hold the Motion to Compel Arbitration and the related request for oral argument in abeyance during that period. The parties will file a joint letter advising the Court of the status of the mediation no later than fourteen days before the stay expires.

In addition, to facilitate the mediation and ensure that the interests of the putative classes are represented on a coordinated basis, the parties agree to the appointment of Matthew Novian of Novian & Novian, LLP and Brett R. Cohen of Leeds Brown Law, P.C. as interim co-lead class counsel pursuant to Federal Rule of Civil Procedure 23(g)(3). As set forth in the attached stipulation, this appointment is without prejudice to, and does not waive, any of Defendants' rights, defenses, or objections, including their right to compel arbitration and to oppose class certification.

This is the parties' first request for a stay pending mediation. There have been prior requests to stay proceedings in these actions. First, while *Risch* was pending in the Central District of California, the parties filed a stipulated request to stay Defendants' deadline to respond to the complaint pending resolution of Defendants' motions to transfer and compel arbitration. The court denied the stay but extended Defendants' motion deadlines. *Risch*, Dkt. 34, 35. Second, this Court granted Defendants' request, on consent, for a 30-day stay in *Golan* pending resolution of the *Risch* transfer motion. *Golan*, Dkt. 19. In addition, following transfer, the Court so-ordered the parties' stipulation setting a consolidated briefing schedule for the Motion to Compel Arbitration and staying Defendants' deadlines to respond to the complaints pending a ruling on that motion. *Golan*, Dkt. 22; *Risch*, Dkt. 59.

All parties consent to the requested stay, and it would not affect any other Court-ordered date, as no case management plan or conference has been set in either action. We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Matthew Laroche*
Matthew Laroche

Cc: All Counsel of Record (via ECF)